STEVEN W. MYHRE, NSBN 9635
Acting United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

ELLINOR R. CODER
    Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    Email: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN RUTH DAW,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 3:17-cv-00402-LRH-VPC<br><br>**UNOPPOSED MOTION FOR**<br>**EXTENSION OF TIME**<br>(*FIRST REQUEST*) |

      Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Remand, due on December 13, 2017, by 7 days, through and including December 20, 2017.  This is Defendant's first request for an extension of time.

      The instant request is not intended to cause delay and is necessary because of counsel's workload, in particular a district court hearing on December 12, 2017 that took longer than expected to prepare and present.

1      Counsel for Defendant conferred with Plaintiff's counsel on December 13, 2017, and

2 Plaintiff's counsel has no opposition to this motion.

3      Respectfully submitted this 13th day of December 2017.

4                             STEVEN W. MYHRE
                              Acting United States Attorney

5

6                             *//s// Ellinor R. Coder*
                              ELLINOR R. CODER

7                               Special Assistant United States Attorney

8

9      IT IS SO ORDERED:

10

11                United States Magistrate Judge

12

13      DATED:

14

15

16

17

18

19

20

21

22

23

24

25

26                        -2-

1

# CERTIFICATE OF SERVICE

2 I, Ellinor R. Coder, certify that the following individual was served with a copy of the
UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of
3 service identified below:

4 CM/ECF:

5 John C. Boyden, Esq.
P.O. Box 3559
6 Reno, NV 89505
Tel: (775) 786-3930
7 Fax: (775) 786-4160
E-Mail: JBoyden@ETSReno.com
8

9 Dated this 13th day of December 2017.

10                                        //s// *Ellinor R. Coder*
                                         ELLINOR R. CODER
11                                        Special Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                         -3-