JOHN C. BOYDEN, ESQ.
(SBN 3917)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, NV 89505
(775) 786-3930
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAREN RUTH DAW,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Commissioner of Social Security,

    Defendant.
_____/

CASE NO:   3:17-cv-00402-LRH-VPC

## STIPULATION AND ORDER FOR EXTENSION

Plaintiff and Defendant, acting by and through their counsel, hereby stipulate and agree, that Plaintiff KAREN RUTH DAW shall have up to and including **Wednesday, January 31, 2018,** to file her Reply in Support of the Motion for Remand regarding the above-mentioned case.

DATED this 2nd day of January, 2018.

    ERICKSON, THORPE & SWAINSTON, LTD.
    P.O. Box 3559
    Reno, NV 89505

    BY:  /s/ John C. Boyden
          JOHN C. BOYDEN, ESQ.
          Attorneys for Plaintiff

DATED this 2nd day of January, 2018.

    UNITED STATES ATTORNEY
    Assistant Regional Counsel
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105

    BY:  /s/ Ellinor R. Coder
          ELLINOR R. CODER, ESQ.
          Attorneys for Defendant

\* \* \* \* \* \* \*

## ORDER

Having considered the within Stipulation for extension of time to file the Reply in Support of the Motion for Remand, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff KAREN RUTH DAW shall have up to and including Wednesday, January 31, 2018, to file her Reply in Support of the Motion for Remand in the above-captioned case.

DATED this 4th day of January, 2018.

_____
United States Magistrate Judge

Erickson, Thorpe & Swainston, Ltd.
P. O. Box 3559
Reno, NV 89505
(775) 786-3930

-2-