IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAREN RUTH DAW,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Commissioner of Social Security,

    Defendant.
_____/

CASE NO: 3:17-cv-00402-LRH-VPC

### **STIPULATION AND ORDER FOR EXTENSION**

Plaintiff and Defendant, acting by and through their counsel, hereby stipulate and agree, that Plaintiff KAREN RUTH DAW shall have up to and including **Monday, July 16, 2018,** to file her Response to the Objection to Report and Recommendation That The Court Remand For Further Proceedings filed in the above-mentioned case.

DATED this 19th day of June, 2018.

    ERICKSON, THORPE & SWAINSTON, LTD.
    P.O. Box 3559
    Reno, NV 89505

    BY: /s/ John C. Boyden
        JOHN C. BOYDEN, ESQ.
        Attorneys for Plaintiff

DATED this 19th day of June, 2018.

    UNITED STATES ATTORNEY
    Assistant Regional Counsel
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105

    BY: /s/ Ellinor R. Coder
        ELLINOR R. CODER, ESQ.
        Attorneys for Defendant

* * * * * * *

**<u>ORDER</u>**

Having considered the within Stipulation for extension of time to file the Response to the Objection to Report and Recommendation That The Court Remand For Further Proceedings, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff KAREN RUTH DAW shall have up to and including **Monday, July 16, 2018**, to file her Response to the Objection to Report and Recommendation That The Court Remand For Further Proceedings in the above-captioned case.

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 22nd day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE