UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KAREN RUTH DAW,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

Defendant.

Case No. 3:17-cv-00402-LRH-(VPC)

ORDER

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (ECF No. 18) entered on June 7, 2018, recommending granting plaintiff's Motion for Remand (ECF No. 10) entered on November 13, 2017, and denying defendant's Cross-Motion to Affirm (ECF No. 13) entered on December 19, 2017. On June 18, 2018, defendant filed her Objection to Report and Recommendation that the Court Remand for Further Proceedings (ECF No. 20) and on July 16, 2018, plaintiff filed her Response to Defendant's Objection to Report and Recommendation that the Court Remand for Further Proceedings (ECF No. 23).

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered defendant's objections, the response of plaintiff and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that

1

the Magistrate Judge's Report and Recommendation (ECF No. 18) entered on June 7, 2018, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 18) entered on June 7, 2018, is ADOPTED and ACCEPTED, and plaintiff's Motion for Remand (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that defendant's Cross-Motion to Affirm (ECF No. 13) is DENIED.

IT IS FURTHER ORDERED that the Clerk of the court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 24th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE